UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

2017 SEP 13 PM 1:29

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

NEIL WHITNEY and PATRICIA WHITNEY, Personally and as Parents and Guardians of CALEB WHITNEY,
    Plaintiffs,

v.

NATURE'S WAY PEST CONTROL, INC.,
    Defendant.

DOCKET NO. 5:16-cv-88

## STIPULATION TO DISMISS WITH PREJUDICE

To the Clerk of the United States District Court, for the District of Vermont:

The parties hereby stipulate and agree that all claims which were brought or which could have been brought by any party against another party are settled and released and that the Court is hereby authorized and directed to enter the above-entitled cause **SETTLED AND DISMISSED WITH PREJUDICE UNDER F.R.C.P. 41.**

Each party bears their own costs and attorney's fees.

DATED: September 13th, 2017

NEIL WHITNEY, PATRICIA WHITNEY, Personally and as Parents and Guardians of CALEB WHITNEY, PLAINTIFFS

By: _____
Karl C. Anderson, Esq.
Anderson & Eaton, PC
128 Merchants Row, 7th Floor
P.O. Box 67
Rutland, VT 05702-0067
Email: karl@vtlawyers.org
*Attorney for Plaintiff*

DATED: September 6th, 2017

NATURE'S WAY PEST CONTROL, INC., DEFENDANT

By: _____
Harry R. Ryan, Esq.
RYAN SMITH & CARBINE, LTD.
98 Merchants Row / P.O. Box 310
Rutland, VT 05702-0310
Email: HRR@rsclaw.com
*Attorneys for Defendants*

**SO ORDERED:**

_____
**Presiding Judge**

13 September 2017
**Date**

9619-002/764406      Page 1 of 1